# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 11 CR 492 |
| ) | |
| vs. ) | HONORABLE JEFFREY COLE |
| ) | |
| ELIZABETH PERINO ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to N.D. Ill. L.R. 83.17, Robert M. Stephenson, on behalf of Locke Lord LLP, respectfully moves this Court for leave to withdraw as counsel for Defendant ELIZABETH PERINO in this matter and in support thereof states as follows:

1. Defendant ELIZABETH PERINO retained Locke Lord LLP to represent her in this matter.

2. This motion is made on the ground of non-payment of attorneys' fees and a conflict between Locke Lord LLP and ELIZABETH PERINO, which makes Locke Lord LLP's continued representation impossible and not in the best interest of the Defendant ELIZABETH PERINO.

3. Defendant ELIZABETH PERINO has been advised of Locke Lord LLP's request for leave to withdraw its appearance on her behalf in this matter.

4. No indictment has been filed and no trial date has been set in this case. No motions or pleadings are currently pending in this case. Therefore, granting this Motion would not delay this case nor would it otherwise be inequitable.

WHEREFORE, Robert. M. Stephenson moves this Court as follows:

A. For the entry of an Order of Withdraw of his Appearance on behalf of Defendant ELIZABETH PERINO; and

B. For such other further relief as this court deems just and equitable.

February 6, 2013                                     Respectfully submitted,

                                                    LOCKE LORD LLP

                                                    By:   /s/ Robert M. Stephenson
                                                          Robert M. Stephenson

Robert M. Stephenson
*rstephenson@lockelord.com*
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0439 (phone)
(312) 896-6439 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2013, a true and correct copy of the foregoing **NOTICE OF MOTION** has been served on all counsel of record via the Court's electronic filing system and the following individuals by electronic mail and/or U.S. Mail, postage prepaid:

>Elizabeth Perino
>Perdel Contracting Corporation
>14631 South New Avenue
>Lockport, IL 60441-1960
>*Elizabeth@perdel.biz*

/s/ Robert M. Stephenson